**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Adele J. Pope, Appellant,

v.

Estate of James Brown, Deceased; The James Brown 2000 Irrevocable Trust; Russell L. Bauknight, Individually, as former *Executor de son tort*, and in every current and former fiduciary status claimed or held as to the Estate of James Brown and The James Brown 2000 Irrevocable Trust, Respondents,

and

Robert L. Buchanan, Jr., Interested Party.

Appellate Case No. 2014-000250

———————

Appeal From Aiken County
The Honorable Doyet A. Early, III, Circuit Court Judge

———————

Memorandum Opinion No. 2015-MO-032
Submitted May 22, 2015 – Filed June 10, 2015

———————

**AFFIRMED**

———————

Adele J. Pope, of Newberry, *pro se* appellant.

Frederick A. Crawford and Sheila Marlouvon Bias, both of Richardson, Plowden & Robinson, PA, of Columbia, William W. Wilkins, of Nexsen Pruet, LLC, of Greenville, J. David Black and William George Newsome, III, of Nexsen Pruet, LLC, of Columbia, for Respondents.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code Ann. § 1-7-130 (2005); S.C. Code Ann. § 62-3-608 (Supp. 2014); *Carnival Corp. v. Historic Ansonborough Neighborhood Ass'n*, 407 S.C. 67, 753 S.E.2d 846 (2014); *Wilson v. Dallas*, 403 S.C. 411, 743 S.E.2d 746 (2013); *Epworth Children's Home v. Beasley*, 365 S.C. 157, 616 S.E.2d 710 (2005); *Lennon v. S.C. Coastal Council*, 330 S.C. 414, 498 S.E.2d 906 (Ct. App. 1998).

**AFFIRMED.**

**TOAL, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.
PLEICONES, J., not participating.**